Submitted on record and briefs October 28,
reversed November 16, 1981

## STATE OF OREGON,
### *Respondent,*
*v.*
## MARCUS DEWAYNE BRANCH,
### *Appellant.*

(No. C 81-04-31910, CA A21440)

636 P2d 421

J. Bradford Benziger, Portland, filed the brief for appellant.

Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem, filed the brief for respondent.

Before Gillette, Presiding Judge, and Roberts and Young, Judges.

PER CURIAM.

**PER CURIAM.**

As the state correctly concedes, defendant's conviction for a "lesser included offense" of harassment (he was originally charged with kidnapping) was not proper. *See* *State v. Sanderson,* 33 Or App 173, 575 P2d 1025 (1978); *State v. Washington,* 273 Or 829, 543 P2d 1058 (1978).

Defendant's conviction is reversed.